UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF:                                                                       CASE NO.:

WILLIAM C. HINES
HELEN B. HINES                                                        05-03625-8-JRL

APPLICATION BY DEBTORS FOR AUTHORITY TO EMPLOY
AND APPOINT ATTORNEY UNDER GENERAL RETAINER

TO: The Honorable Bankruptcy Judge:

       The application of the Debtors, respectfully represents:

       1. Your applicants filed a petition under Chapter 12 of the United States Bankruptcy Code on the 4th day of May, 2005.

       2. Your applicants wish to employ Walter L. Hinson, an attorney duly admitted to practice in this Court and the firm, Hinson & Rhyne, P.A.

       3. Your applicants have selected Walter L. Hinson for the reason that he has had considerable experience in matters of this character, and your applicants believe that Walter L. Hinson is well qualified to represent them in this proceeding.

       4. The professional services said Walter L. Hinson is to render are:

          (a)    To prepare on behalf of your applicants necessary applications, answers, orders, reports and other papers;

          (b)    To assist applicants in the examination and determination of validity of liens in the property of the Debtors.

          (c)    To perform all other legal services for your applicants which may be necessary herein and it is necessary for your applicants to employ an attorney for such professional services.

       5. Your applicants desire to employ Walter L. Hinson under a general retainer because of the extensive legal services required.

       6. Walter L. Hinson represents no interest adverse to the Debtors of the estate in the matters upon which he is to be engaged for your applicants, and his employment would be in the best interest of the estate.

7. The $3,750.00 is an initial retainer. Fees will be billed against the debtors pursuant to the application to employ attorney for debtors filed in this matter. All fees have been paid up to the date of filing. Attorney has withdrawn $2,127.60 for services prior to filing of the petition and the cost of $239.00 for the filing fee, leaving a balance of $1,383.40 on hand in the attorney's trust account.

8. There are no other agreements pending between the parties.

WHEREFORE, your applicants pray that they be authorized to employ and appoint the said Walter L. Hinson as their attorney under the terms set out herein, and that they have such other and further relief as is just.

Dated:   May 4, 2005

*William C. Hines* (signature)
William C. Hines, Debtor

*Helen B. Hines* (signature)
Helen B. Hines, Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　　　CASE NO.:

WILLIAM C. HINES
HELEN B. HINES　　　　　　　　　　　　　　　　　　　　　　05-03625-8-JRL

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF NORTH CAROLINA
COUNTY OF WILSON

I, Walter L. Hinson, hereby make this solemn oath:

1. I am an attorney duly admitted to practice in the State of North Carolina and in this Court.

2. I maintain an office for the practice of law at 2401-G Wooten Boulevard, Wilson, North Carolina 27893.

3. I do not now nor have I in the past represented any party in interest contrary to that of the Debtors herein.

Dated:

_____
Walter L. Hinson, Attorney for Debtors

Sworn to and subscribed before me

this __9__ day of May, 2005.

_____
Notary Public
My Commission Expires: July 19, 2009

## CERTIFICATE OF SERVICE

I, Lesley Cavenaugh, Paralegal for the law firm of Hinson & Rhyne, P.A., of P. O. Box 7479, Wilson, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on May 9, 2005, I mailed a copy of the following documents

### APPLICATION BY DEBTORS FOR AUTHORITY TO EMPLOY AND APPOINT ATTORNEY UNDER GENERAL RETAINER

by depositing copies thereof in the United States mail, first class mail, postage prepaid, in an envelope addressed as shown below.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   May 9, 2005

Lesley Cavenaugh, Paralegal
Hinson & Rhyne, P.A.
P. O. Box 7479
Wilson, NC  27895-7479
(252) 291-1746

RECIPIENTS:

Bankruptcy Administrator